UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT BERRIOS | No. 12 CR 853<br><br>Judge Matthew F. Kennelly |

**PROTECTIVE ORDER GOVERNING DISCIPLINARY RECORDS AND INMATE TELEPHONE CALLS**

Pursuant to Fed. R. Crim. P. 16(d), it is hereby ORDERED:

1. The disciplinary records of any inmate other than defendant, and the jail calls of any inmate other than defendant (collectively, "the protected materials"), are subject to this protective order and may be used by defendant and defendant's stand-by counsel (defined as counsel of record in this case) solely in connection with the defense of this case, and for no other purpose, and in connection with no other proceeding, without further order of this Court.

2. Defendant and defendant's counsel shall not disclose the protected materials or their contents directly or indirectly to any person or entity other than stand by counsel or persons employed and paid through CJA funds to assist defendant in his defense (collectively, the "defense team").

3. The protected materials, or the information contained therein, may not be disclosed to any persons other than defendant and the defense team, without authorization from the Court.

4. The defense team and authorized persons (if any additional persons are authorized by the Court) shall not copy or reproduce the protected materials except in order to provide copies of the protected materials for use in connection with this case by defendant, the defense team, and authorized persons. Such copies and reproductions shall be treated in the same manner as the original materials.

5. Defendant, the defense team, and authorized persons shall not disclose any notes or records of any kind that they make in relation to the contents of the protected materials, and all such notes or records are to be treated in the same manner as the original materials.

6. Defendant **shall not possess** the protected materials, copies or reproductions of the protected materials, or notes or records of any kind made in relation to the contents of the protected materials. Defendant's stand-by counsel may bring the protected materials to the prison and review the materials with defendant. Stand by counsel must take the protected materials and any copies, notes or records of any kind made in relation to the contents of the protected materials with him when leaving the prison.

7. Upon conclusion of all stages of this case, all of the protected materials and all notes, records, and copies made thereof shall be disposed of in one of three ways, unless otherwise ordered by the Court. The materials may be (1) destroyed; (2) returned to the United States; or (3) retained in stand-by counsel's case file. The Court may require a certification as to the disposition of any such materials. In the

event that the protected materials are retained by stand-by counsel, the restrictions of this Order continue in effect for as long as the materials are so maintained, and the materials may not be disseminated or used in connection with any other matter without further order of the Court.

8.   Nothing contained in this Order shall preclude any party from applying to this Court for further relief or for modification of any provision hereof.

ENTER:

_____

MATTHEW F. KENNELLY
District Judge
United States District Court
Northern District of Illinois

Date:   10/26/2017